**Order entered March 20, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01369-CR

## ADRIAN ALDON KEATON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 59th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. 070173

## ORDER

Before the Court is appellant's March 17, 2020 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before March 31, 2020.

/s/    BILL PEDERSEN, III
        JUSTICE